| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | UNITED STATES DISTRICT COURT |
| 7 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 8 | OAKLAND DIVISION |

ALFONSO MIRA and CARLA MIRA, individuals,

        Plaintiffs,

  vs.

AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1 through 10, inclusive,

        Defendants.

Case No: C 10-1725 SBA

**JUDGMENT**

In accordance with the Court's Order of Dismissal,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendant.

IT IS SO ORDERED.

Dated: October 18, 2010

                                      _____
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge